AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

36 CFR § 1004.22(b)(1) -
Unsafe Operation of a Vehicle (Class B Misdemeanor)

18 U.S.C. § 13 - Assimilating California Vehicle Code Section 20002(a) - Leaving the Scene of an Accident (Class B Misdemeanor)

☒ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY:   Maximum Prison Term: 6 months
Maximum Fine: $5,000
Special Assessment Fee: $10

**DEFENDANT - U.S.**
▶ JASON LOMBARD

DISTRICT COURT NUMBER
CR 08 0161 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police, Department of Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY THOMAS

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                      Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4                                  E-filing
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,     )   No.
                                  )
13         Plaintiff,             )   VIOLATIONS:  36 C.F.R. §1004.22(b)(1)
                                  )   - Unsafe Operation of a Vehicle (Class B
14      v.                        )   Misdemeanor); 18 U.S.C § 13,
                                  )   assimilating California Vehicle Code
15  JASON M. LOMBARD,             )   Section 20002(a) - Leaving the Scene of
                                  )   an Accident (Class B Misdemeanor)
16         Defendant.             )
                                  )
17  _____)   SAN FRANCISCO VENUE
18
                     I N F O R M A T I O N
19
   The United States Attorney charges:
20
   COUNT ONE: 36 C.F.R. §1004.22(b)(1) - Unsafe Operation of a Vehicle
21
22     On or about December 14, 2007, in the Northern District of California, within the
23  boundaries of an area administered by the Presidio Trust and land under the exclusive
24  jurisdiction of the United States, the defendant,
25                         JASON M. LOMBARD,
26  did operate and was in actual physical control of a motor vehicle, to wit: a 2002 Subaru,
27  (Plate # 5EJG929), without due care and at a speed greater than that which is reasonable and
28  prudent considering wildlife, traffic, weather, road and light conditions, in violation of Title

INFORMATION

36, Code of Federal Regulations, Section 1004.22(b)(1), a Class B Misdemeanor.

COUNT TWO: 18 U.S.C § 13 - Assimilating California Vehicle Code Section 20002(a) - Leaving the Scene of an Accident

On or about December 14, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the United States, the defendant,

JASON M. LOMBARD,

drove a vehicle, to wit: one 2002 Subaru (Plate #5EJG929), involved in an accident resulting only in damage to property, to wit: a Ford Explorer (Plate #3NZC169), and failed to immediately stop the vehicle at the nearest safe location; failed to locate and notify the owner and person in charge of the damaged property of the defendant's name, address and vehicle registration; and failed to leave in a conspicuous place on the damaged property a written notice giving the name and address of the defendant along with a statement of the circumstances, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 20002(a), a Class B Misdemeanor.

DATED: March 13, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION