JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6809
    Fax:    (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0161 MAG |
|     Plaintiff, ) | |
| v. ) | **DECLARATION OF LINDA WU IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| JASON LOMBARD, ) | |
|     Defendant. ) | |

I, Linda Wu, hereby declare as follows:

1. I am a law clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from United States Park Police officers employed by the National Park Service and from reports and other documents provided to me by the National Park Service.

2. On December 14, 2007, at approximately 7:00 p.m., Officer Guenette responded to 407 Washington Blvd. regarding a hit and run vehicle accident. Upon arrival, he contacted the reporting parties, T.C. and M.M., both of whom stated they were inside their residence at 403 B Washington Blvd. when they heard a loud screeching noise followed by a crash and then a second crash. Both T.C. and M.M. stated they went outside and saw a white four door sedan

reversing at a high rate of speed out of the parking lot adjacent to their residence.

3. Officer Guenette noticed a long skid pattern that originated from the eastbound lane of the Washington Blvd. speed median, crossed the westbound lane approximately 30 feet to the 407 parking lot, and ended at a red Ford Explorer in the lot. On the ground next to the Ford Explorer was a white vehicle bumper with California license plate 5EJG929 attached to it.

4. A records check of California license plate 5EJG929 listed Jason Lombard ("Defendant") of 1425 Fillmore Street, Apt. 611, San Francisco, CA 94115 as the registered owner. Approximately 15-20 minutes later, Officer April Ramos ("Officer Ramos") located the unoccupied white suspect vehicle on the corner of Steiner and Ellis Streets. After the vehicle was impounded, Officer Ramos and Officer Russell Kidd approached 1425 Fillmore Street, Apt. 611 and contacted Defendant. Defendant stated he was the driver of the vehicle involved in an accident in the Presidio. Officer Ramos placed Defendant into custody and transported him to the station for booking.

5. After being advised of his Miranda rights, Defendant wrote a statement in which he admitted he was driving on Washington Blvd. and accelerated at the speed bump and lost control of the vehicle. His right rear tire hit the curb and pushed his vehicle left, causing him to spin out into two parked cars. Defendant stated he panicked and left driving home.

6. I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed April 1, 2008, at San Francisco, California.

                                              /s/
                                        LINDA WU
Law Clerk
United States Attorney's Office