1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,         )   Case No. CR 08-0161 MAG
                                      )
12        Plaintiff,                  )
                                      )
13     v.                             )   **[PROPOSED] ORDER FOR SUMMONS**
                                      )
14  JASON LOMBARD,                    )
                                      )
15        Defendant.                  )
                                      )
16  _____ )

17
       Having reviewed the Declaration of Linda Wu, the Court finds that probable cause exists to
18
    believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3),
19
    the Clerk of the Court is directed to issue a Summons directing the defendant, Jason Lombard,
20
    1425 Fillmore Street, Apt. 611, San Francisco, California 94115, to appear on May 1, 2008 at
21
    9:30 a.m. before Magistrate Judge Edward M. Chen to answer the Information that has been filed
22
    by the United States Attorney.
23
24
       IT IS SO ORDERED.
25
26  Dated: _____          _____
                                       JAMES A. LARSON
27                                     United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR  08-161 MAG