1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,           )    Case No. CR 08-0161 MAG
                                         )
12           Plaintiff,                  )
                                         )
13       v.                              )    [~~PROPOSED~~] ORDER FOR SUMMONS
                                         )
14   JASON LOMBARD,                      )
                                         )
15           Defendant.                  )
                                         )
16   _____ )

17

18       Having reviewed the Declaration of Linda Wu, the Court finds that probable cause exists to

19   believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3),

     the Clerk of the Court is directed to issue a Summons directing the defendant, Jason Lombard,

20   1425 Fillmore Street, Apt. 611, San Francisco, California 94115, to appear on May 1, 2008 at

21   9:30 a.m. before Magistrate Judge Edward M. Chen to answer the Information that has been filed

22   by the United States Attorney.

23

24       IT IS SO ORDERED.

25

26   Dated: __April 4, 2008__

27

28

ORDER  FOR SUMMONS
Case No. CR  08-161 MAG

IT IS SO ORDERED

_James Larson_

Judge James Larson