| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 4 | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Betty Fong | | | REPORTER/FTR<br>10:11-10:15 a.m. | | |
| MAGISTRATE JUDGE<br>Edward M. Chen | | DATE<br>May 1, 2008 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR08-0161 MAG | |
| APPEARANCES | | | | | | | |
| DEFENDANT<br>Jason Lombard | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ned Smock | | PD. ☒  RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Donald Magilligan, LC | | INTERPRETER | | FIN. AFFT<br>☐   SUBMITTED | | COUNSEL APPT'D<br>☒ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Allen Lew | | | DEF ELIGIBLE FOR ☒<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| INITIAL APPEARANCE | | | | | | | |
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | | ☒ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| ARRAIGNMENT | | | | | | | |
| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☒ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| RELEASE | | | | | | | |
| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY<br>$ | | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| PLEA | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| CONTINUANCE | | | | | | | |
| TO:<br>5/8/08 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☒ STATUS / TRIAL SET |
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON.<br>EMC | ☐ DETENTION HEARING | | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| ADDITIONAL PROCEEDINGS | | | | | | | |

Defendant is ordered to process with U.S. Marshal.
cc: Betty / Pretrial

DOCUMENT NUMBER: