JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-0161 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | <u>ORDER EXCLUDING TIME</u> |
| v. | ) | |
| | ) | |
| JASON M. LOMBARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    On May 1, 2008, the parties in this case appeared before the Court for an initial appearance on a misdemeanor and arraignment. At that time, the matter was continued to August 6, 2008, for the defendant to be evaluated by Pretrial Services for his eligibility for diversion. Since that time, the defendant has been accepted by Pretrial Services and has been placed on pretrial diversion. Accordingly, the parties request that the August 6, 2008, appearance be vacated and the case be continued for approximately six months for the defendant to complete his pretrial diversion. Accordingly, the parties agree that the prosecution will be deferred and the matter continued from August 6, 2008, to January 14, 2009, or as soon thereafter as the matter may be

Stipulation and Order                          1

heard, for Mr. Lombard to complete the pretrial diversion program. The parties agree that pretrial diversion is an appropriate disposition of this case and that - taking into account the public interest in prompt disposition of criminal cases - good cause exists for this extension. 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED:  8/04/08                                    /s/
                                      WENDY THOMAS
                                      Special Assistant United States Attorney

DATED:  8/04/08                                    /s/
                                      NED SMOCK
                                      Attorney for Mr. Lombard

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the August, 6, 2008, appearance be vacated and that the matter be continued to January 14, 2009, or as soon thereafter as the matter may be heard, for deferral of prosecution by the United States for the purpose of allowing the defendant to complete a pretrial diversion program.

DATED:_____                    _____
                                      EDWARD M. CHEN
                                      United States Magistrate Judge