JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-0161 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| JASON M. LOMBARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    On May 1, 2008, the parties in this case appeared before the Court for an initial appearance

on a misdemeanor and arraignment.  At that time, the matter was continued to August 6, 2008,

for the defendant to be evaluated by Pretrial Services for his eligibility for diversion.  Since that

time, the defendant has been accepted by Pretrial Services and has been placed on pretrial

diversion.  Accordingly, the parties request that the August 6, 2008, appearance be vacated and

the case be continued for approximately six months for the defendant to complete his pretrial

diversion.  Accordingly, the parties agree that the prosecution will be deferred and the matter

continued from August 6, 2008, to January 14, 2009, or as soon thereafter as the matter may be

Stipulation and Order                                    1

1   heard, for Mr. Lombard to complete the pretrial diversion program.  The parties agree that

2   pretrial diversion is an appropriate disposition of this case and that - taking into account the

3   public interest in prompt disposition of criminal cases - good cause exists for this extension.  18

4   U.S.C. § 3161(h)(2).

5

6   IT IS SO STIPULATED:

7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
8

9   DATED:  8/04/08                        _____/s/_____
                                           WENDY THOMAS
10                                         Special Assistant United States Attorney

11
    DATED:  8/04/08                        _____/s/_____
12                                         NED SMOCK
                                           Attorney for Mr. Lombard
13

14       Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED

15   that the August, 6, 2008, appearance be vacated and that the matter be continued to January 14,

16   2009, or as soon thereafter as the matter may be heard, for deferral of prosecution by the United

17   States for the purpose of allowing the defendant to complete a pretrial diversion program.

18

19   DATED:_____         August 7, 2008



20                                         EDWARD M. CHEN
                                           United States Magistrate Judge
21

22

23

24

25

26

27

28