| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYSBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6809 |
| 7 | Fax: (415) 436-7234<br>Email: wendy.thomas@usdoj.gov |

FILED
MAY 1 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 08-0161 MAG |
| Plaintiff,   ) ) | |
| v.   ) ) | **NOTICE AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| JASON LOMBARD,   ) ) | |
| Defendant.   ) ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information with prejudice. The defendant has successfully completed his pretrial diversion program.

DATED:                                                             Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
WENDY M. THOMAS
Special Assistant United States Attorney

//
//
//

DISMISSAL OF INFORMATION
CR 08-0161 MAG

1  Leave is granted to the government to dismiss the Information.
2
3  DATED: 5/12/09
4  _____
   EDWARD M. CHEN
5  United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISMISSAL OF INFORMATION
CR 89-0294 MAG